IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>ANDRICUS STEPHENS,<br><br>Defendant | NO. 5: 06-CR-13 (HL)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

# O R D E R

The government has heretofore filed a PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE alleging that defendant ANDRICUS STEPHENS violated conditions of release by using marijuana and/or cocaine on or about July 11, 2007 and May 11, 2007; by failing to submit to drug testing on or about June 22, 2007, June 29, 2007, and August 24, 2007; and, by failing to participate in drug treatment and counseling on or about August 7, 2007, August 15, 2007, and August 29, 2007. Defendant STEPHENS this day appeared before the undersigned for a hearing on the government's motion; he was represented by Mr. Charles E. Cox, Jr. of the Macon Bar. The government was represented by Assistant U. S. Attorney Verda M. Colvin.

Based on the testimony of U. S. Probation Officer Tony W. Elder, as well as statements of counsel for the defendant and counsel for the government, the undersigned finds that defendant STEPHENS has violated conditions of pretrial release as alleged in the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE.

Accordingly, IT IS ORDERED AND DIRECTED:

(1) that disposition of this matter be, and it is, **CONTINUED** until further order of the court;

(2) that, in the meantime,

>(a) defendant STEPHENS shall be **released from custody** and shall continue under pretrial supervision subject to all of the conditions heretofore imposed upon him;
>
>(b) that defendant STEPHENS is specifically ordered to refrain from the use of illegal drugs and to submit to drug testing as directed by the U. S. Probation Office;
>
>(c) that defendant STEPHENS is specifically ordered to attend drug treatment and counseling as directed by the Probation Office;
>
>(d) that defendant STEPHENS is specifically ordered to report to his pretrial service/probation officer as directed and keep the U. S. Probation Office informed of his whereabouts; and,
>
>(e) that defendant STEPHENS' probation officer shall **immediately** notify the court if defendant STEPHENS fails to abide by the above-stated orders and/or any other provisions of the Order of Pretrial Release.

**IN THE EVENT OF <u>REPORTED</u> VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MR. STEPHENS'S ORDER OF PRETRIAL RELEASE AND REMAND HIM TO THE CUSTODY OF THE U. S. MARSHAL *<u>WITHOUT FURTHER HEARING</u>*, BASED SOLELY UPON THE VIOLATIONS THIS DAY FOUND BY THE COURT.**

SO ORDERED AND DIRECTED, this 21st day of SEPTEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE